NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1549

NINESTAR TECHNOLOGY CO., LTD.,
NINESTAR TECHNOLOGY COMPANY, LTD.,
TOWN SKY, INC.,

Appellants,

v.

INTERNATIONAL TRADE COMMISSION,

Appellee,

and

EPSON PORTLAND INC., EPSON AMERICA, INC.,
and SEIKO EPSON CORPORATION,

Intervenors.

Appeal from the United States International Trade Commission in
Investigation No. 337-TA-565.

ON MOTION

O R D E R

The appellants inform this court that Town Sky, Inc. filed a Chapter 7 Voluntary

Petition.

It appears that the automatic stay provisions of 11 U.S.C. § 362 are applicable.

Accordingly,

IT IS ORDERED THAT:

The briefing schedule is stayed. The appellants are directed to file a status report with this court every 90 days concerning the status of the bankruptcy proceedings and whether the automatic stay is lifted. Any other party may file a status report or respond to a status report.

FOR THE COURT

MAY 12 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Edward F. O'Connor, Esq.
     Michael K. Haldenstein, Esq.
     Harold A. Barza, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 12 2010

JAN HORBALY
CLERK

2009-1549                                    2